## RONALD M. THOMPSON *v.* COMMISSIONER OF CORRECTION

The cross petition by the respondent for certification for appeal from the Appellate Court, 91 Conn. App. 205 (AC 25583), is denied.

*Christine Collyer*, special deputy assistant state's attorney, in support of the cross petition.

Decided November 9, 2005

## RADA BIDOAE *v.* HARTFORD GOLF CLUB ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 91 Conn. App. 470 (AC 25603), is denied.

BORDEN and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Neil Johnson*, in support of the petition.

*Dominick C. Statile*, in opposition.

Decided November 9, 2005

## JAY LEWIN *v.* FREEDOM OF INFORMATION COMMISSION

The plaintiff's petition for certification for appeal from the Appellate Court, 91 Conn. App. 521 (AC 25867), is denied.

*Jay Lewin*, pro se, in support of the petition.

Decided November 9, 2005